Núm. 8665.—Nieves, aplte. *v.* Sucrs. de J. Morales Díaz, S. en C., etc., aplda.—C. D. Mayagüez. Rescisión de contrato. Febrero 25, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

Por cuanto, la parte apelada solicitó la desestimación del recurso de apelación interpuesto en este caso por negligencia en su tramitación, y

Por cuanto, si bien aparece una gran dilación en la tramitación del recurso, es lo cierto que ello ha ocurrido por causas que la corte sentenciadora estimó en su discreción justificadas sin que se haya demostrado abuso en el ejercicio de esa facultad, habiéndose archivado finalmente en la corte de distrito, a principios de febrero actual, la transcripción:

Por tanto, se declara no haber lugar a la desestimación, pero con permiso a la parte apelada para renovar su moción si la parte apelante no archiva los autos en la secretaría de esta Corte Suprema dentro del término de treinta días contado a partir de esta fecha acompañados de su alegato.

El Juez Asociado Sr. De Jesús no intervino.